■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GRANDE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (De Lury, J.), rendered October 25, 1983, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Morse, 62 NY2d 205). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.